IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01439-WYD-KLM

NATASHA MACARTHUR,

    Plaintiff,

v.

ASPEN VIEW CONDOUMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation;
ASPEN SNOWMASS CARE, INC., D.B.A. FIRST CHOICE PROPERTIES &
MANAGEMENT, INC., a Colorado corporation;
CLIFF MOHWINKEL, an individual;
HEATHER VICENZI, an Individual; and,
JACK SMITH, an Individual

    Defendants.

---

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| *s/ Matthew J. Cron* | *s/ Debra Oppenheimer* |
| Matthew J. Cron | HindmanSanchez P.C. |
| Siddhartha H. Rathod | 5610 Ward Rd. #300 |
| RATHOD \| MOHAMEDBHAI, LLC | Arvada, CO 80002 |
| 2701 Lawrence Street, Suite 100 | (303) 432-9999 |
| Denver, CO 80205 | doppenheimer@hindmansanchez.com |
| (303) 578-4400 (telephone) | *Counsel for Defendants* |
| (303) 578-4401 (fax) | |
| sr@rmlawyers.com | |
| mc@rmlawyers.com | |
| *Counsel for Plaintiff* | |

**SO ORDERED**

Dated: September 23, 2015

Hon. Kristen L. Mix
United States Magistrate Judge