IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01439-WYD-KLM

NATASHA MACARTHUR,

    Plaintiff,

v.

ASPEN VIEW CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,
ASPEN SNOWMASS CARE, INC., a Colorado corporation doing business as First Choice Properties & Management, Inc.,
CLIFF MOHWINKEL, an individual,
HEATHER VICENZIN an individual, and
JACK SMITH, an individual,

    Defendants.

## ORDER TO TRANSFER

THIS MATTER comes before the Court upon review of the file. Pursuant to D.C.COLO.LCivR 40.1(a) and with approval of the Chief Judge, this matter is hereby transferred from Magistrate Judge Mix to Magistrate Judge Watanabe with the understanding that he has agreed to the transfer. I will remain assigned to the case as the presiding district judge. Accordingly, it is

ORDERED that this matter is transferred to Magistrate Judge Watanabe pursuant to D.C.COLO.LCivR 40.1(a) and with the approval of the Chief Judge.

Dated: October 28, 2015

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Senior United States District Judge