IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01439-WYD-MJW

NATASHA MACARTHUR,

Plaintiff,

v.

ASPEN VIEW CONDOMINIUM ASSOCIATION, INC.,
ASPEN SNOWMASS CARE, INC., *d/b/a First Choice Properties & Management, Inc.*,
CLIFF MOHWINKEL,
HEATHER VICENZI, and
JACK SMITH,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It hereby ORDERED that the "Stipulated Protective Order" (**docket no. 28**) is DENIED WITHOUT PREJUDICE.  The parties should file a Motion for Protective Order stating the law and factual basis as to why a protective order for particular information that may be exchanged during the discovery process is needed; the proposed written Protective Order the parties are seeking should be attached as an exhibit to that motion.

It is FURTHER ORDERED that Plaintiff's Motion for Joint Depositions of Common Witnesses (**docket no. 24**) is GRANTED finding good cause shown.  The parties in both this case no. 15-cv-01439-WYD-MJW and in the companion case of *Arnal v. Aspen View Condominium Association, Inc. et al.*, case no. 15-cv-01044-WYD-MJW shall forthwith meet, confer, and set joint depositions for common witnesses.

Date: November 3, 2015