IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  15-cv-01439-WYD-MJW

NATASHA MACARTHUR,

Plaintiff,

v.

ASPEN VIEW CONDOMINIUM ASSOCIATION, INC.,
ASPEN SNOWMASS CARE, INC., *d/b/a First Choice Properties & Management, Inc.*,
CLIFF MOHWINKEL,
HEATHER VICENZI, and
JACK SMITH,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that:

- Plaintiff's Unopposed Motion to Amend Scheduling Order (Docket No. 31) is GRANTED for good cause shown; and

- The Scheduling Order (Docket No. 16) is AMENDED such that:

  - the deadline for Joinder of Parties and Amendment of Pleadings is April 11, 2016;

  - the Discovery Cut-Off is April 4, 2016;

  - the Dispositive Motion deadline is May 2, 2016;

  - the Affirmative Expert Disclosure deadline is January 8, 2016;

  - the Rebuttal Expert Disclosure deadline is March 10, 2016; and

  - the deadline for serving written discovery is February 8, 2016.

Date: December 10, 2015