IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01439-WYD-KLM

NATASHA MACARTHUR,

    Plaintiff,

v.

ASPEN VIEW CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,
ASPEN SNOWMASS CARE, INC., a Colorado corporation doing business as First Choice Properties & Management, Inc.,
CLIFF MOHWINKEL, an individual,
HEATHER VICENZIN an individual, and
JACK SMITH, an individual,
    Defendants.

## ORDER OF DISMISSAL OF PARTY

THIS MATTER COMES before the Court on the Plaintiff's Unopposed Motion to Voluntarily Dismiss Defendant Cliff Mohwinkel (ECF No. 35), filed January 26, 2016. After carefully reviewing the file in this matter, I find that the motion should be granted and that Defendant Mohwinkel should be dismissed from this action. Accordingly, it is

ORDERED that the Plaintiff's Unopposed Motion to Voluntarily Dismiss Defendant Cliff Mohwinkel (ECF No. 35) is **GRANTED** and Defendant Mohwinkel is **DISMISSED** from this proceeding. The Clerk of the Court shall amend the case caption to reflect this dismissal.

Dated:  January 27, 2016

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge