IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01439-WYD-MJW

NATASHA MACARTHUR,

    Plaintiff,

v.

ASPEN VIEW CONDOMINIUM ASSOCIATION, INC., a Colorado nonprofit corporation,
ASPEN SNOWMASS CARE, INC., d/b/a FIRST CHOICE PROPERTIES &
MANAGEMENT, INC., a Colorado corporation,
HEATHER VICENZI an individual, and
JACK SMITH, an individual,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    On March 10, 2016, Defendants filed a motion to strike expert testimony (ECF No. 37).  It is my preference that these types of evidence-driven motions be filed not more than 75-90 days prior to the Final Trial Preparation Conference.  After the Magistrate Judge enters the Final Pretrial Order, I will schedule both the Final Trial Preparation Conference and jury trial in this matter.  According, this motion (ECF No. 37) is **DENIED WITHOUT PREJUDICE** for leave to refile not more than 75-90 days prior to the Final Trial Preparation Conference.

    Dated: April 21, 2016